# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
SLAYTON, JEFFREY § Case No. 10-55512
SLAYTON, ANITA §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

      Funds were disbursed in the following amounts:

      Payments made under an interim
      disbursement
      Administrative expenses
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Robert B. Katz_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-55512 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|---|
| Case Name: | SLAYTON, JEFFREY | | | Date Filed (f) or Converted (c): | 12/16/10 (f) |
| | SLAYTON, ANITA | | | 341(a) Meeting Date: | 02/03/11 |
| For Period Ending: | 07/20/11 | | | Claims Bar Date: | 06/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2029 North 77th Avenue, Elmwood Park, IL 60707. Pu | 309,500.00 | 0.00 | | 0.00 | FA |
| 2. Checking account | 500.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods, Furnishings, Appliances and Elect | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Necessary wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 5. Fidelity IRA | 8,140.74 | 0.00 | | 0.00 | FA |
| 6. T. Rowe Price 401K | 147,000.00 | 0.00 | | 0.00 | FA |
| 7. The patent is for an idea, a way to charge a batte | 0.00 | 0.00 | | 0.00 | FA |
| 8. 1999 Ford Taurus, value as per Carmax appraisal | 1,700.00 | 0.00 | | 0.00 | FA |
| 9. 2005 Chevrolet Suburban 1500, value as per Carmax | 17,000.00 | 7,500.00 | | 7,500.00 | FA |
| 10. Miscellaneous tools used in business | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.22 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $488,440.74     $7,500.00     $7,500.22     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 10-55512 -PSH | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- |
| Case Name: | SLAYTON, JEFFREY | Bank Name: | BANK OF AMERICA |
| | SLAYTON, ANITA | Account Number / CD #: | *******2198  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4017 | | |
| For Period Ending: | 07/13/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/14/11 | 9 | Anita C Slayton<br>Jeffery C Slayton<br>2029 N. 77th Ave<br>Elmwood Park, IL 60707 | Sale of trustee's interest in auto | 1129-000 | 7,500.00 | | 7,500.00 |
| 03/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 7,500.03 |
| 04/29/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.09 |
| 05/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,500.16 |
| 06/30/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.22 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 7,500.22 | 0.00 | 7,500.22 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,500.22 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,500.22 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - ********2198 | 7,500.22 | 0.00 | 7,500.22 |
| | 7,500.22 | 0.00 | 7,500.22 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/  Robert B. Katz

Trustee's Signature: _____  Date: 07/13/11
ROBERT B. KATZ

Page Subtotals     7,500.22     0.00

UST Form 101-7-TFR (10/1/2010) *(Page: 4)*

Ver: 16.02b
LFORM24

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-55512 | | Page 1 | | Date: July 13, 2011 |
| Debtor Name: | SLAYTON, JEFFREY | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-00 | David R. Brown<br>Springer, Brown, Covey, Gaertner & Davis<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $1,117.50 | $0.00 | $1,117.50 |
| 000001<br>070<br>7100-00 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Unsecured | | $223.39 | $0.00 | $223.39 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $8,640.20 | $0.00 | $8,640.20 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>WFNNB<br> as assignee of<br>Limited<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | | $392.00 | $0.00 | $392.00 |
| 000004<br>070<br>7100-00 | American InfoSource LP as agent for<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $1,860.08 | $0.00 | $1,860.08 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $392.48 | $0.00 | $392.48 |
| 000006<br>070<br>7100-00 | TFC<br>Bankruptcy Dept.<br>2010 Crow Canyon Place #300<br>San Ramon, CA 94583 | Unsecured | | $2,747.31 | $0.00 | $2,747.31 |
| 000007<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $459.28 | $0.00 | $459.28 |
| 000008<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $7,708.09 | $0.00 | $7,708.09 |
| 000009<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | (9-1) AMERICAN EAGLE | $1,063.76 | $0.00 | $1,063.76 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-55512 | | Page 2 | | | Date: July 13, 2011 |
| Debtor Name: | SLAYTON, JEFFREY | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $24,604.09 | $0.00 | $24,604.09 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-55512
Case Name: SLAYTON, JEFFREY
          SLAYTON, ANITA
Trustee Name: Robert B. Katz

Balance on hand     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ | $ | $ |
| Attorney for Trustee Fees: David R. Brown | $ | $ | $ |
| Attorney for Trustee Expenses: David R. Brown | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | $ | $ | $ |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000003 | American InfoSource LP as agent for WFNNB<br> as assignee of<br>Limited<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $ | $ | $ |
| 000004 | American InfoSource LP as agent for<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $ | $ | $ |
| 000005 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | TFC<br>Bankruptcy Dept.<br>2010 Crow Canyon Place #300<br>San Ramon, CA 94583 | $ | $ | $ |
| 000007 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000009 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-TFR (10/1/2010) *(Page: 9)*

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE