UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
SLAYTON, JEFFREY                    §       Case No. 10-55512
SLAYTON, ANITA                      §
                                    §
                                    §
            Debtor(s)               §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

               U.S. Bankruptcy Court
               DIrksen Federal Building
               219 S. Dearborn St.
               Room 713
               Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/08/2011 in Courtroom 644,
               United States Courthouse
               219 S. Dearborn
               Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____


*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SLAYTON, JEFFREY § Case No. 10-55512
SLAYTON, ANITA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,500.28 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,500.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ 1,500.02 | $ 0.00 | $ 1,500.02 |
| Attorney for Trustee Fees: David R. Brown | $ 1,067.50 | $ 0.00 | $ 1,067.50 |
| Attorney for Trustee Expenses: David R. Brown | $ 50.00 | $ 0.00 | $ 50.00 |

Total to be paid for chapter 7 administrative expenses         $         2,617.52
Remaining Balance                                               $         4,882.76

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,486.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nordstrom fsb | $ 223.39 | $ 0.00 | $ 46.44 |
| 000002 | Discover Bank | $ 8,640.20 | $ 0.00 | $ 1,796.26 |
| 000003 | American InfoSource LP as agent for WFNNB | $ 392.00 | $ 0.00 | $ 81.50 |
| 000004 | American InfoSource LP as agent for | $ 1,860.08 | $ 0.00 | $ 386.70 |
| 000005 | Chase Bank USA, N.A. | $ 392.48 | $ 0.00 | $ 81.59 |
| 000006 | TFC | $ 2,747.31 | $ 0.00 | $ 571.15 |
| 000007 | PYOD LLC its successors and assigns as assignee of | $ 459.28 | $ 0.00 | $ 95.49 |
| 000008 | Chase Bank USA, N.A. | $ 7,708.09 | $ 0.00 | $ 1,602.48 |
| 000009 | GE Money Bank | $ 1,063.76 | $ 0.00 | $ 221.15 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,882.76 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Robert B. Katz

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                              Case No. 10-55512-PSH
Jeffrey Slayton                                                     Chapter 7
Anita Slayton
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-1           User: dwilliams              Page 1 of 2                   Date Rcvd: Aug 04, 2011
                               Form ID: pdf006              Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2011.
db/jdb        +Jeffrey Slayton,    Anita Slayton,   2029 North 77th Avenue,    Elmwood Park, IL 60707-3615
aty           +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
                Suite 330,   Wheaton, IL 60187-4547
aty           +Nicole K Fishkin,    Ottenheimer Rosenbloom, LLC,    750 W. Lake Cook Road, Suite 140,
                Buffalo Grove, IL 60089-2071
aty           +Robert B Katz,    Springer Brown Covey Gaetner & Davis,    400 S County Farm Road Suite 330,
                Wheaton, IL 60187-4547
aty           +Springer, Brown, Covey, Gaertner, & Davis LLC,     400 S Country Farm Road Ste 330,
                Wheaton, IL 60187-4547
aty           +Thomas F. Fezzey,    Thomas F. Fezzey, Attorney at Law,    600 West Roosevelt Road Ste B-1,
                Wheaton, IL 60187-2302
tr            +Robert B Katz, ESQ,    Law Offices Of Robert B Katz,    53 West Jackson Blvd,   Suite 1320,
                Chicago, IL 60604-4174
17542479       American InfoSource LP as agent for Citibank N.A.,     PO Box 248840,
                Oklahoma City, OK 73124-8840
16554849      +Charter One,    Bankruptcy Dept.,   POB 7092,    Bridgeport, CT 06601-7092
16554848       Charter One,    Bankruptcy Dept.,   POB 42002,    Providence, RI 02940-2002
16554851       Charter One,    Bankruptcy Dept.,   POB 637,    Bridgeport, CT 06601-0637
16554854       Chase,   Bankruptcy Dept.,    PO Box 15153,   Wilmington, DE 19886-5153
16554853      +Chase,    Bankruptcy Dept.,   3415 Vision Dr. OH4-7305,    Columbus, OH 43219-6009
17198095       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17033860      +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                Dallas,Tx 75374-0933
16554855       Citibank,    Bankruptcy Dept.,   POB 653054,   Dallas, TX 75265-3054
16554856      +Diagnostic Imaging,    Bankruptcy Dept.,   POB 68,   Northbrook, IL 60065-0068
16554859      +ICS,   Bankruptcy Dept.,    8231 West 185th Street #100,    Tinley Park, IL 60487-9356
16554861       Loyola Medical Center,    Bankruptcy Dept.,   POB 95994,   Chicago, IL 60694-5994
16554862      +Loyola University Medical Center,    Bankruptcy Dept.,   POB 4866,    Oak Brook, IL 60522-4866
16554864      +Nationwide,    Bankruptcy Dept.,   815 Commerce Drive #100,    Oak Brook, IL 60523-8839
17156381      +PYOD LLC its successors and assigns as assignee of,     Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
16554870      +Resurection Immediate Care,    Bankruptcy Dept.,   POB 6670,    River Forest, IL 60305-6670
16554871      +Resurrection,    Bankruptcy Dept.,   7435 West Talcott Ave.,    Chicago, IL 60631-3707
16554872      +Resurrection Ambulatory Care,    Bankruptcy Dept.,   7435 West Talcott Ave.,
                Chicago, IL 60631-3707
16554873       Sears Credit Cards,    Bankruptcy Dept.,   POB 6283,   Sioux Falls, SD 57117-6283
16554874      +TFC,   Bankruptcy Dept.,    2010 Crow Canyon Place #300,    San Ramon, CA 94583-1344
16554875      +WFNNB - Limited,    Po Box 182123,   Bankruptcy Dept.,    Columbus, OH 43218-2123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17004247       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2011 23:59:25
                American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
                Oklahoma City, OK 73124-8840
16973258       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2011 23:59:26
                American InfoSource LP as agent for WFNNB,    as assignee of,    Limited,   PO Box 248872,
                Oklahoma City, OK 73124-8872
16554847      +E-mail/Text: cms-bk@cms-collect.com Aug 04 2011 23:34:49       Capital Management Services,
                Bankruptcy Dept.,    726 Exchange Street  Suite 700,    Buffalo, NY 14210-1464
16554857       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 05 2011 00:03:33        Discover,   P.O. Box 30943,
                Bankruptcy Dept.,    Salt Lake City, UT 84130
16972077       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 05 2011 00:03:33        Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
17375502       E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2011 00:07:17       GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16554858      +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2011 00:07:16       GE Money Bank - American Eagle,
                P.O. Box 103104,   Bankruptcy Dept.,    Roswell, GA 30076-9104
16554860       E-mail/PDF: cr-bankruptcy@kohls.com Aug 05 2011 00:07:30       Kohl's,   Bankruptcy Dept.,
                POB 3043,   Milwaukee, WI 53201-3043
16554868       E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 04 2011 23:33:37        NFCU,   Bankrupcty Dept.,
                POB 3502,   Merrifield, VA 22119-3502
16554869      +E-mail/Text: bnc@nordstrom.com Aug 04 2011 23:33:50       Nordstrom Fsb,    Po Box 6555,
                Bankruptcy Dept.,    Englewood, CO 80155-6555
16970865      +E-mail/Text: bnc@nordstrom.com Aug 04 2011 23:33:50       Nordstrom fsb,    P.O. Box 6566,
                Englewood, CO 80155-6566
                                                                                               TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-1               User: dwilliams              Page 2 of 2                  Date Rcvd: Aug 04, 2011
                                   Form ID: pdf006              Total Noticed: 39

16554850*     +Charter One,    Bankruptcy Dept.,    POB 7092,    Bridgeport, CT 06601-7092
16554852*      Charter One,    Bankruptcy Dept.,    POB 42002,    Providence, RI 02940-2002
16554863*     +Loyola University Medical Center,    Bankruptcy Dept.,    POB 4866,    Oak Brook, IL 60522-4866
16554865*     +Nationwide,    Bankruptcy Dept.,    815 Commerce Drive #100,    Oak Brook, IL 60523-8839
16554866*     +Nationwide,    Bankruptcy Dept.,    815 Commerce Drive #100,    Oak Brook, IL 60523-8839
16554867    ##+Nationwide Credit & Collection,    Bankruptcy Dept.,    9919 Roosevelt Road,
               Westchester, IL 60154-2771
                                                                                             TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2011**               **Signature:**    _/s/ Joseph Speetjens_