UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SLAYTON, JEFFREY | § | Case No. 10-55512 |
| SLAYTON, ANITA | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　　Robert B. Katz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

　　　　3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Robert B. Katz_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Charter One Bankruptcy Dept. POB 42002 Providence, RI 02940-2002 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bankruptcy Dept. 3415 Vision Dr. OH4-7305 Columbus, OH 43219 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| DAVID BROWN | | | | | |
| DAVID BROWN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter One Bankruptcy Dept. POB 7092 Bridgeport, CT 06601 | | | | | |
| | Charter One Bankruptcy Dept. POB 7092 Bridgeport, CT 06601 | | | | | |
| | Chase Bankruptcy Dept. PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Citibank Bankruptcy Dept. POB 653054 Dallas, TX 75265-3054 | | | | | |
| | Diagnostic Imaging Bankruptcy Dept. POB 68 Northbrook, IL 60065 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover P.O. Box 30943 Bankruptcy Dept. Salt Lake City, UT 84130 | | | | | |
| | GE Money Bank - American Eagle P.O. Box 103104 Bankruptcy Dept. Roswell, GA 30076 | | | | | |
| | Kohl's Bankruptcy Dept. POB 3043 Milwaukee, WI 53201-3043 | | | | | |
| | Loyola Medical Center Bankruptcy Dept. POB 95994 Chicago, IL 60694-5994 | | | | | |
| | Loyola University Medical Center Bankruptcy Dept. POB 4866 Oak Brook, IL 60522-3159 | | | | | |
| | NFCU Bankrupcty Dept. POB 3502 Merrifield, VA 22119-3502 | | | | | |
| | Nationwide Bankruptcy Dept. 815 Commerce Drive #100 Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Bankruptcy Dept. 815 Commerce Drive #100 Oak Brook, IL 60523 | | | | | |
| | Nordstrom Fsb Po Box 6555 Bankruptcy Dept. Englewood, CO 80155 | | | | | |
| | Resurection Immediate Care Bankruptcy Dept. POB 6670 River Forest, IL 60305 | | | | | |
| | Resurrection Ambulatory Care Bankruptcy Dept. 7435 West Talcott Ave. Chicago, IL 60631 | | | | | |
| | Resurrection Bankruptcy Dept. 7435 West Talcott Ave. Chicago, IL 60631 | | | | | |
| | Sears Credit Cards Bankruptcy Dept. POB 6283 Sioux Falls, SD 57117-6283 | | | | | |
| | TFC Bankruptcy Dept. 2010 Crow Canyon Place #300 San Ramon, CA 94583 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WFNNB - Limited Po Box 182123 Bankruptcy Dept. Columbus, OH 43218 | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000009 | GE MONEY BANK | | | | | |
| 000001 | NORDSTROM FSB | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000006 | TFC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-55512 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|---|
| Case Name: | SLAYTON, JEFFREY | | | Date Filed (f) or Converted (c): | 12/16/10 (f) |
| | SLAYTON, ANITA | | | 341(a) Meeting Date: | 02/03/11 |
| For Period Ending: | 07/20/11 | | | Claims Bar Date: | 06/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2029 North 77th Avenue, Elmwood Park, IL 60707. Pu | 309,500.00 | 0.00 | | 0.00 | FA |
| 2. Checking account | 500.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods, Furnishings, Appliances and Elect | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Necessary wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 5. Fidelity IRA | 8,140.74 | 0.00 | | 0.00 | FA |
| 6. T. Rowe Price 401K | 147,000.00 | 0.00 | | 0.00 | FA |
| 7. The patent is for an idea, a way to charge a batte | 0.00 | 0.00 | | 0.00 | FA |
| 8. 1999 Ford Taurus, value as per Carmax appraisal | 1,700.00 | 0.00 | | 0.00 | FA |
| 9. 2005 Chevrolet Suburban 1500, value as per Carmax | 17,000.00 | 7,500.00 | | 7,500.00 | FA |
| 10. Miscellaneous tools used in business | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.22 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $488,440.74        $7,500.00                $7,500.22        $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-55512 -PSH | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | SLAYTON, JEFFREY | Bank Name: | BANK OF AMERICA |
|  | SLAYTON, ANITA | Account Number / CD #: | *******2198  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4017 |  |  |
| For Period Ending: | 10/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 03/14/11 | 9 | Anita C Slayton | Sale of trustee's interest in auto | 1129-000 | 7,500.00 |  | 7,500.00 |
|  |  | Jeffery C Slayton |  |  |  |  |  |
|  |  | 2029 N. 77th Ave |  |  |  |  |  |
|  |  | Elmwood Park, IL 60707 |  |  |  |  |  |
| 03/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 |  | 7,500.03 |
| 04/29/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 |  | 7,500.09 |
| 05/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 |  | 7,500.16 |
| 06/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 |  | 7,500.22 |
| 07/29/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 |  | 7,500.28 |
| 08/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 |  | 7,500.35 |
| 09/12/11 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 |  | 7,500.37 |
| 09/12/11 |  | Transfer to Acct #*******2279 | Final Posting Transfer | 9999-000 |  | 7,500.37 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,500.37 | 7,500.37 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,500.37 |  |
| Subtotal | 7,500.37 | 0.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 7,500.37 | 0.00 |  |

Page Subtotals    7,500.37    7,500.37

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-55512 -PSH | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | SLAYTON, JEFFREY | Bank Name: | BANK OF AMERICA |
| | SLAYTON, ANITA | Account Number / CD #: | *******2279 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4017 | | |
| For Period Ending: | 10/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/12/11 | | Transfer from Acct #*******2198 | Transfer In From MMA Account | 9999-000 | 7,500.37 | | 7,500.37 |
| 09/12/11 | 000101 | ROBERT B. KATZ<br>53 W. Jackson<br>Suite 1320<br>Chicago, IL 60604 | Chapter 7 Compensation/Fees | 2100-000 | | 1,500.02 | 6,000.35 |
| 09/12/11 | 000102 | David R. Brown<br>Springer, Brown, Covey, Gaertner & Davis<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Other Fi | | | 1,117.50 | 4,882.85 |
| | | | Fees 1,067.50 | 3210-000 | | | |
| | | | Expenses 50.00 | 3220-000 | | | |
| 09/12/11 | 000103 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Claim 000001, Payment 20.78876% | 7100-000 | | 46.44 | 4,836.41 |
| 09/12/11 | 000104 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 20.78991% | 7100-000 | | 1,796.29 | 3,040.12 |
| 09/12/11 | 000105 | American InfoSource LP as agent for WFNNB<br>as assignee of<br>Limited<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 000003, Payment 20.79082% | 7100-000 | | 81.50 | 2,958.62 |
| 09/12/11 | 000106 | American InfoSource LP as agent for<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000004, Payment 20.78997% | 7100-000 | | 386.71 | 2,571.91 |
| 09/12/11 | 000107 | Chase Bank USA, N.A. | Claim 000005, Payment 20.79087% | 7100-000 | | 81.60 | 2,490.31 |
| | | | Page Subtotals | | 7,500.37 | 5,010.06 | |

Ver: 16.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-55512 -PSH | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | SLAYTON, JEFFREY | Bank Name: | BANK OF AMERICA |
|  | SLAYTON, ANITA | Account Number / CD #: | *******2279 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4017 |  |  |
| For Period Ending: | 10/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/12/11 | 000108 | c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374<br>TFC<br>Bankruptcy Dept.<br>2010 Crow Canyon Place #300<br>San Ramon, CA 94583 | Claim 000006, Payment 20.78979% | 7100-000 |  | 571.16 | 1,919.15 |
| 09/12/11 | 000109 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000007, Payment 20.78906% | 7100-000 |  | 95.48 | 1,823.67 |
| 09/12/11 | 000110 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 20.78998% | 7100-000 |  | 1,602.51 | 221.16 |
| 09/12/11 | 000111 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 20.79040%<br>(9-1) AMERICAN EAGLE | 7100-000 |  | 221.16 | 0.00 |
|  |  |  | COLUMN TOTALS |  | 7,500.37 | 7,500.37 | 0.00 |
|  |  |  | Less: Bank Transfers/CD's |  | 7,500.37 | 0.00 |  |
|  |  |  | Subtotal |  | 0.00 | 7,500.37 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 0.00 | 7,500.37 |  |

Page Subtotals     0.00     2,490.31

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-55512 -PSH | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- |
| Case Name: | SLAYTON, JEFFREY | Bank Name: | BANK OF AMERICA |
| | SLAYTON, ANITA | Account Number / CD #: | *******2282 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4017 | | |
| For Period Ending: | 10/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - ********2198 | 7,500.37 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********2279 | 0.00 | 7,500.37 | 0.00 |
| Checking Account (Non-Interest Earn - ********2282 | 0.00 | 0.00 | 0.00 |
| | 7,500.37 | 7,500.37 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ Robert B. Katz    Date: 10/21/11
ROBERT B. KATZ

Page Subtotals    0.00    0.00

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*